UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 07-605M** |
| | : | |
| **COLLEEN MARIE MCCAREY,** | : | **VIOLATION: 18 U.S.C. § 879** |
| | : | **(Threats Against a Former President or** |
| | : | **a Member of the Immediate Family of a** |
| **Defendant.** | : | **Former President)** |

# I N F O R M A T I O N

The United States Attorney informs the Court that:

On November 29, 2007, within the District of Columbia, that is, in the 800 block of G Street, Northwest, COLLEEN MARIE McCAREY, knowingly and willfully threatened to kill and to inflict bodily harm upon William Jefferson Clinton, a former President of the United States, and Senator Hillary Rodham Clinton, a member of the immediate family of William Jefferson Clinton, a former President of the United States, in violation of the United States Code, Section 879(a).

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

BY: _____
AMY JEFFRESS
D.C. Bar No. 449258
Assistant United States Attorney
National Security Section
555 Fourth Street NW, Room 11-435
Washington, DC 20530
(202) 514-7624
amy.jeffress@usdoj.gov