## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-338 (EGS)** |
| | : | |
| v. | : | **MAGISTRATE NO. 07-605M** |
| | : | |
| **COLLEEN MARIE MCCAREY,** | : | |
| | : | |
| Defendant. | : | |

NOTICE OF FILING OF PROPOSED STAY AWAY ORDER

    As the Court requested during the plea colloquy with the defendant, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits for the Court's consideration the attached proposed order, which details the parameters of the defendant's stay away obligations.

                                  JEFFREY A. TAYLOR
                                  United States Attorney
                                  D.C. Bar No. 498610

BY: _____
        AMY JEFFRESS
        D.C. Bar No. 449258
        Assistant United States Attorney
        National Security Section
        555 Fourth Street NW, Room 11-435
        Washington, DC 20530
        (202) 514-7624
        amy.jeffress@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-338 (EGS)** |
| **v.** | : | **MAGISTRATE NO. 07-605M** |
| **COLLEEN MARIE MCCAREY,** | : | |
| **Defendant.** | : | |

## ORDER

Due to the nature of the offense, a violation of Section 879(a) of title 18 of the United States Code, and the defendant's background, the Court hereby orders that:

The defendant shall stay away from Washington, D.C., from any location protected by the U.S. Secret Service, from the personal residence of any former President or any member of his immediate family, and from all Presidential libraries, regardless of whether the President with which the library is associated is living or deceased. The defendant may only travel to Washington, D.C. to meet with her counsel or to appear before the Court.

_____
THE HONORABLE JOHN M. FACCIOLA
MAGISTRATE JUDGE

Date:_____