UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

  vs.                                              Criminal No. 07-338 (EGS)

COLLEEN MARIE MCCAREY
    Defendant.

**<u>ORDER</u>**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **<u>FEBRUARY 21, 2008</u>**; defendant's memorandum lf law, if any shall be filed by no later than **<u>FEBRUARY 28, 2008</u>**; the Government's memorandum of law, if any shall be filed by no later than **<u>MARCH 6, 2008</u>**, a reply, if any shall be filed by no later than **<u>MARACH 13, 2008</u>**, ; and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **<u>MARCH 20, 2008 AT 11:30 A.M.</u>**

IT IS SO ORDERED.

DATE: December 11, 2007    EMMET G. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE