UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-338 (EGS) |
| v. | : | MAGISTRATE NO. 07-605M |
| COLLEEN-MARIE MCCAREY, | : | |
| Defendant. | : | |

**FILED**
DEC 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Due to the nature of the offense, a violation of Section 879(a) of title 18 of the United States Code, and the defendant's background, the Court hereby orders that:

The defendant shall stay away from Washington, D.C., from any location protected by the U.S. Secret Service, from the personal residence of any former President or any member of his immediate family, and from all Presidential libraries, regardless of whether the President with which the library is associated is living or deceased. The defendant may only travel to Washington, D.C. to meet with her counsel or to appear before the Court.

_____
THE HONORABLE JOHN M. FACCIOLA
MAGISTRATE JUDGE

Date: 12/10/07

TOTAL P.002