UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-338 |
| v. | : | MAGISTRATE NO. 07-605M |
| COLLEEN MARIE MCCAREY, | : | |
| Defendant. | : | |

**FILED**
DEC 07 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF THE OFFENSE

On November 29, 2007, the defendant, COLLEEN MARIE McCAREY, pulled her car over in the 800 block of G Street, Northwest, in the District of Columbia, and used her cellular telephone to call the FBI's Washington Field Office. In an extended conversation with the FBI operator, which was recorded, the defendant made several threats against former President William Jefferson Clinton, and his wife Senator Hillary Rodham Clinton. With respect to Senator Clinton, the defendant stated, "I am going to do something crazy if you guys don't come help me, like . . . shoot Hillary Clinton," that if Senator Clinton wins the Presidential election, "I hope someone puts a fucking bullet in her head. If I could, I would, that's how strongly I feel. If I could get near her, I would." With respect to President Clinton, the defendant stated, "if I could get Clinton, President Bill Clinton, I'd shoot him too." The defendant explained that she lives in Philadelphia, Pennsylvania, and that she was not making the trip as a tourist. She also stated that nine years ago she had come to Washington, D.C. and threw a firebomb at the White House.