**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

JAN - 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) ) | Criminal No. 07 - 338 (EGS) |
| COLLEEN MCCAREY, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

In a hearing before Magistrate Judge John M. Facciola on December 7, 2007, defendant entered a plea of guilty. On December 7, 2007, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
United States District Judge
January 8, 2008**

