UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-338 (EGS) |
| v. | : | MAGISTRATE NO. 07-605M |
| COLLEEN MARIE MCCAREY, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Special Assistant United States Attorney Caroline Krass, telephone number (202) 514-5623, will appear in the above-captioned matter on behalf of the United States.

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

BY: _____
Caroline Krass
D.C. Bar No. 453506
Special Assistant United States Attorney
National Security Section
555 Fourth Street NW, Room 11-860
Washington, DC 20530
(202) 514-5623
Caroline.Krass2@usdoj.gov