IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 07-338 (EGS) |
| ) | |
| COLLEEN McCAREY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE**
**SENTENCING HEARING**

Defendant, through undersigned counsel, respectfully requests that this Court continue the sentencing hearing currently scheduled for March 20, 2008. Ms. McCarey entered a guilty plea before Magistrate Judge Facciola pursuant to Federal Rules of Criminal Procedure rule 11(c)(1) in which she and the government agreed to a binding sentence, should the Court accept the plea, of 5 years probation. Ms. McCarey has been tormented by her decision, and has asked Counsel to explore whether she can change her plea to not guilty by reason of insanity. The PSR has already been completed in this case and reflects Ms. McCarey's background, including a prior Not Guilty by Reason of Insanity judgement for which she was committed for a period of time before being unconditionally released. Ms. McCarey is in treatment again through Pretrial Services and Counsel is arranging to have her evaluated by an expert to determine whether this would be appropriate. She has been completely compliant with her conditions of release since her release in this case. The government does not oppose the motion to continue sentencing. Because Ms. McCarey lives in Philadelphia and everyone is better served by having her trips to

the Washington D.C. area minimized, we respectfully request that the Court continue this matter for approximately 4 weeks to allow us an opportunity to have her evaluation completed and potentially to file a motion to change her plea.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        __/s/_____
        Michelle Peterson
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Ste 550
        Washington, D.C.  20004
        (202)  208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 07-338 (EGS) |
| ) | |
| COLLEEN McCAREY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the unopposed motion of the defendant, the Court finds that it is in the interest of justice to continue the sentencing hearing.

Therefore, it is HEREBY ORDERED that the sentencing hearing that is scheduled for March 20, 2008m is hereby CONTINUED to April _____, at _____.

SO ORDERED.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATED: