UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

                                        :

        v.                                                          Crim. No. 07-338 (EGS)

                                        :

COLLEEN MCCAREY                   :


UNOPPOSED MOTION TO WITHDRAW GUILTY PLEA
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Ms. Colleen McCarey, the defendant, through undersigned counsel, respectfully moves this Honorable Court for leave to withdraw her guilty plea pursuant to Federal Rule of Criminal Procedure 11(d). The government does not oppose this motion.

After being arrested on November 30, 2007, Ms. McCarey was charged by criminal complaint with threats against a former president or a member of his immediate family in violation of 18 U.S.C. § 879(a). She entered a guilty pursuant to Rule 11(c)(1)(C) to a one count information in front of Magistrate Judge Facciola on December 7, 2007. Very soon thereafter, she had serious misgivings about her plea and expressed a desire to undersigned counsel to change her plea from guilty to not guilty by reason of insanity. She does not dispute that she did was is charged in the information and what she admitted in open court on December 7, 2007. However, she submits that she did so because of a mental defect or disease.

Federal Rule of Criminal Procedure 11(d) provides that a defendant may "withdraw a plea of guilty . . . after the court accepts the plea, but before it imposes sentence if . . . the defendant can show a fair and just reason for requesting the withdrawal." Fed.R.Crim.Proc. 11(d). "Withdrawal of a guilty plea prior to sentencing is to be liberally granted, and permitted

for 'any fair and just reason.'" United States v. Taylor, 139 F.3d 924, 929 (D.C. Cir. 1998).

Ms. McCarey was evaluated by Dr. Gerald Cooke and Dr. Robert L. Sadoff, whose reports are filed under seal under separate cover. In those reports, Dr. Cooke and Sr. Sadoff find that Ms. McCarey does meet the statutory requirements to enter a not guilty by reason of insanity plea. The government has reviewed the report and agrees that she should be allowed to change her plea accordingly.

In this case, the plea agreement contemplated that Ms. McCarey would have been sentenced to a period of five years of probation. If the Court grants this unopposed motion to change her plea to one of not guilty by reason of insanity, the government will seek to have Ms. McCarey committed, without her objection, to a Federal Correctional Institution for treatment. The parties have agreed to ask the Court to allow her family to make arrangements to have Ms. McCarey self surrender to Carswell, Texas where she was treated once before and where her prior records are available for treatment.

Therefore, for the foregoing reasons and such other reasons as may be advanced at a hearing on this motion, Ms. McCarey respectfully moves this Honorable Court for leave to withdraw her guilty plea and to enter a plea of not guilty by reason of insanity.

                                        Respectfully submitted,

                                        __/s/_____
                                        Michelle Peterson
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W.
                                        Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500

**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v.       ) | **Crim. No. 07-338 (EGS)** |
| ) | |
| **COLLEEN McCAREY,** ) | |
| ) | |
| **Defendant.**  ) | |
| _____ ) | |

**ORDER**

Upon consideration of the unopposed motion of the defendant, the Court finds that it is in the interest of justice to allow Ms. McCarey to withdraw her guilty plea and enter a plea of not guilty by reason of insanity.

Therefore, it is HEREBY ORDERED that Ms. McCarey's plea of guilty is vacated, and a plea of not guilty by reason of insanity is hereby entered.

SO ORDERED.

_____
THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATED: