UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

                     :

    v.                        Crim. No. 07-338 (EGS)

                     :

COLLEEN MCCAREY  :

NOTICE OF INSANITY DEFENSE

Ms. Colleen McCarey, the defendant, through undersigned counsel, respectfully provides notice pursuant to Rule 12.2 of her intent to raise a defense of insanity to the charge in the above-captioned case.

                Respectfully submitted,

                _____/s/_____
                Michelle Peterson
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W.
                Suite 550
                Washington, D.C.  20004
                (202) 208-7500

Case 1:07-cr-00338-EGS   Document 17   Filed 04/17/2008   Page 2 of 2