UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-338 (EGS) |
| | : | |
| v. | : | |
| | : | |
| COLLEEN MARIE MCCAREY, | : | |
| | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION FOR
PSYCHIATRIC OR PSYCHOLOGICAL EVALUATION

Comes now the United States of America, by and through its attorney the United States Attorney for the District of Columbia, and moves pursuant to 18 U.S.C. § 4242(a) that defendant undergo a psychiatric or psychological evaluation at a federal facility to be determined by the Attorney General.

1. On April 17, 2008, defendant filed notice pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure that she intends to rely on the defense of insanity on the charge of knowingly and willfully threatening to kill and to inflict bodily harm upon William Jefferson Clinton, a former President of the United States, and Senator Hillary Rodham Clinton, a member of the immediate family of William Jefferson Clinton, a former President of the United States, in violation of 18 U.S.C. § 879(a).

2. Thus, the Government is entitled to a psychiatric or psychological examination based upon its request to the Court, pursuant to 18 U.S.C. § 4242(a), with a report to be filed with the Court pursuant to 18 U.S.C. § 4247(b) and (c).

3. Pursuant to 18 U.S.C. § 4247(b), a psychiatric or psychological examination shall

be conducted, "[u]nless impracticable[,] . . . in the suitable facility closest to the court." *Id*. The Government has no objection to the defendant being examined at the federal facility in Carswell, Texas, where the defendant previously has been committed, if the Court finds that it is impracticable for the defendant to be examined at a facility closer to the Court. Under 18 U.S.C. § 4247(b), the defendant may be committed for a reasonable period of time not to exceed 45 days unless good cause is shown that more time is needed.

4.  Pursuant to 18 U.S.C. § 4247(c) a report shall be filed with the Court with copies to counsel for the Government and counsel for the defendant and shall include:

   (1) the defendant's history and present symptoms;

   (2) a description of the psychiatric, psychological and medical tests that were employed and their results;

   (3) the examiner's findings;

   (4) the examiner's opinions as to diagnosis, prognosis, and

   (5) whether the defendant was insane at the time of the offense charged.

5.  The government requests that such evaluation begin as soon as possible. The government learned earlier this week that the defendant was stopped on April 11 while trying to gain access to the Willow Grove Naval Air Station, a naval facility 25 miles north of Philadelphia, and has been hospitalized since that time. The pertinent excerpt from the incident report, submitted by email, follows:

-----Original Message-----
From: Landis Donald W LTC 111 SFS/CC
Sent: Friday, April 11, 2008 11:00 PM
To: Finn James F CMS 111 SFS/SFM; Ahearn Kevin P SMS 111 SFS/SPOT; Brandt Michael S SRA 111 FW/CP
Cc: Landis Donald W LTC 111 SFS/CC; Comtois Paul W COL 111FW/CC

Subject: WGARS Security incidents

Col., the following incidents occurred and are being reported to the
Command Operations Centers and Navy Security Command. Our Security
posture is as discussed and in concert with the WGNAS Security
operations.

[other incidents deleted]

4) On 11 Apr. 08 at approximately 1616 hrs, a white sedan entered the
Base at approximately 15-20 mph through gate 10 (Golf 1) while Officer
Wight was posted . Officer Wight called over the radio twice "Gate
Runner" The vehicle got past the Golf 1 and Golf 1 Alpha (Barricades)
The vehicles contained two white females . They turned right on Itami St
and were intercepted in front of Bldg 235 by mobile 1- SSgt Lowry and
Sierra 1 Officer Martinez. The two individuals were stopped and searched
by SSgt Lowry. During the initial questioning the individuals stated
that "Clinton was trying to kill them".
The two individuals were identified as Colleen M McCarey DOB 09/24/1964 /OLN
21 056 640/2491 Glenview St, Philadelphia Pa and Kristine M McCarey DOB
12/20/1980 OLN 26 460 424/ 2491 Glenview St, Philadelphia, Pa 19149.
They were taken to Bldg 219 the 111th SFS Bldg and detained for Horsham
PD.
Officer Bohl #110 . Horsham PD notified the Secret Service and they are
aware of these individuals. It was determined that both individuals had
schiz.... And were taken via ambulance to Abington Hospital for
physiological evaluation.

DONALD W. LANDIS, Lt.Col., PaANG
Commander, 111th Security Forces Squadron
donald.landis@pawill.ang.af.mil
Comm: (215) 443-1386
DSN: 991-1386
Cell: (215) 300-3090, (215) 582-6887

[end report]

This incident, in addition to the information in the medical reports filed by defense counsel, shows that the defendant is clearly a danger to herself and potentially to others and their property as well. For these reasons, the government requests that the defendant's evaluation in the custody of the Attorney General begin as soon as possible, and in any event no later than her prospective release from Abington Hospital, where she has been treated since the incident detailed above.

WHEREFORE, the Government requests that its motion be granted and defendant be committed to the custody of the Attorney General pursuant to 18 U.S.C. §§ 4242 & 4247(b) as soon as possible, for placement in a suitable facility where a mental exam can be conducted to determine whether defendant was insane at the time of the offense charged. A proposed Order is attached.

JEFFREY A. TAYLOR
United States Attorney


BY:   ____/ via ECF /_____
AMY JEFFRESS
D.C. Bar No. 449258
Assistant United States Attorney
National Security Section
555 Fourth Street NW, Room 11-435
Washington, DC 20530
(202) 514-7624
Amy.Jeffress@usdoj.gov


BY:   ____/ via ECF /_____
CAROLINE KRASS
D.C. Bar No. 453506
Special Assistant United States Attorney
National Security Section
555 Fourth Street NW, Room 11-860
Washington, DC 20530
(202) 514-5623
Caroline.Krass2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-338 (EGS)** |
| | : | |
| v. | : | |
| | : | |
| **COLLEEN MARIE MCCAREY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the government's motion for the commitment and examination of the defendant pursuant to 18 U.S.C. § 4242(a) and 18 U.S.C § 4247(b) and (c), and it appearing to the Court that the motion should be granted, it is by the Court, this ____ day of _____ 2008,

**ORDERED**: that the defendant be committed to the custody of the Attorney General of the United States for the purpose of a psychiatric or psychological examination at a suitable federal facility to ascertain whether the defendant was insane at the time of the offense charged; and it is further

**ORDERED**: that within forty-five days of the date of this order, a written report shall be provided to the Court and counsel for the Government and defendant in accordance with the provisions of 18 U.S.C. § 4247(c); and it is further

**ORDERED**: that the defendant be returned to the United States District Court on the _____ day of _____, 2008, where the parties shall appear for a status hearing.

---

                                        THE HONORABLE EMMET G. SULLIVAN
                                        United States District Court