UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-338 (EGS) |
| v. | : | |
| COLLEEN MARIE MCCAREY, | : | FILED |
| | : | APR 2 1 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

ORDER

Upon consideration of the government's motion for the commitment and examination of the defendant pursuant to 18 U.S.C. § 4242(a) and 18 U.S.C § 4247(b) and (c), and it appearing to the Court that the motion should be granted, it is by the Court, this 18th day of April 2008,

**ORDERED**: that the defendant be committed to the custody of the Attorney General of the United States for the purpose of a psychiatric or psychological examination at a suitable federal facility to ascertain whether the defendant was insane at the time of the offense charged; and it is further

**ORDERED**: that within forty-five days of the date of this order, a written report shall be provided to the Court and counsel for the Government and defendant in accordance with the provisions of 18 U.S.C. § 4247(c); and it is further

**ORDERED**: that the defendant be returned to the United States District Court on the 11th day of JUNE, 2008, AT 10:30 A.M. where the parties shall appear for a status hearing.

_____
THE HONORABLE EMMET G. SULLIVAN
United States District Court