UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07 - 338 (EGS) |
| ) | |
| COLLEEN MCCAREY, ) | |
| Defendant. ) | |

### ORDER

Pursuant to the status hearing held in open court on April 29, 2008, it is hereby **ORDERED** that

Defendant shall remain on personal bond under the joint supervision of the pretrial services agency in the District of Columbia and the District of Philadelphia until May 20, 2008; and it is

**FURTHER ORDERED** that Defendant shall self-surrender to the custody of the United States Marshal Service at the U.S. District Court for the District of Columbia on May 20, 2008, at 6:00 a.m.; and it is

**FURTHER ORDERED** that the United States Marshal Service shall transport defendant by commercial air transportation directly to FMC Carswell; and it is

**FURTHER ORDERED** that Defendant shall be surrendered to FMC Carswell on May 20, 2008; and it is

**FURTHER ORDERED** that following Defendant's surrender to FMC

Carswell, the United States Marshal Service shall have no further obligations to transport this Defendant.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan
            United States District Judge
            April 30, 2008**