IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Crim. No. 07-338 (EGS) |
| ) | |
| **COLLEEN McCAREY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

<u>ORDER</u>

On April 18, 2008, the Court issued an order for Ms. McCarey to be hospitalized for a psychological examination pursuant to 18 U.S.C. § 4242. The examination was completed by the forensic staff at Federal Medical Center (FMC) Carswell. On July 17, 2008, the forensic staff at FMC Carswell faxed the Court their report, which concluded that at the time of the offense, Ms. McCarey was suffering from a mental disease or defect that rendered her unable to appreciate the nature, quality, or wrongfulness of her actions. The forensic staff at FMC, Carswell, recommends that to ensure Ms. McCarey's continued mental stability, she should remain at FMC Carswell while the Court considers an appropriate release plan.

Accordingly, it is hereby ORDERED that while the Court considers such a plan, and until further direction from the Court is received, Ms. McCarey is to remain at FMC Carswell.

**SO ORDERED.**

Signed: _____

Emmet G. Sullivan
United States District Judge
July 24, 2008